Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**EXPRESS CAPITAL FUNDING, INC**. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:20-cv-07305-KAW<br><br>**NOTICE OF SETTLEMENT** |

    Now comes the Plaintiff, ABANTE ROOTER AND PLUMBING, INC., by and through its attorney, to respectfully notify this Honorable Court that this case has settled individually as to all named Defendants. Plaintiff requests that this Honorable Court vacate all pending hearing dates, including the Initial Case Management Conference set for February 23, 2021 at 1:30 p.m., and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved

Dated: February 16, 2021       Law Offices of Todd M. Friedman, P.C.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 16th Day of February, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Kandis A. Westmore
United States District Court
Northern District of California

And all Counsel of Record as Recorded on the Electronic Service List.

A copy has also been sent via email to the following attorney for Defendant:

    William B. Hayes
    William B. Hayes PC
    sqhayes@aol.com

This 16th day of February, 2021

/s/Todd M. Friedman, Esq.
Todd M. Friedman