Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPRESS CAPITAL FUNDING, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 4:20-CV-07305-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

Now comes the Plaintiff, ABANTE ROOTER AND PLUMBING, INC., by and through its attorneys, and respectfully requests this Honorable Court enter an order dismissing this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not yet filed an answer.

///

///

Dated: April 15, 2021

                      Respectfully Submitted,

                      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                      By:    <u>/s/ Todd M. Friedman</u>
                               Todd M. Friedman
                               Law Offices of Todd M. Friedman, P.C.
                               Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 15, 2021, I served a true copy of the NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on April 15, 2021.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Northern District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff